1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HOAC QUOC,

11            Petitioner,                    No. CIV S-05-1826 FCD KJM P

12        vs.

13   D.L. RUNNELS,

14            Respondent.                    <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus under 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

18   affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

19   will be provided the opportunity to either submit the appropriate affidavit in support of a request

20   to proceed in forma pauperis or submit the appropriate filing fee.

21            In accordance with the above, IT IS HEREBY ORDERED that:

22            1.  Petitioner shall submit, within thirty days from the date of this order, an

23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24   petitioner's failure to comply with this order will result in the dismissal of this action; and

25   /////

26   /////

                                                1

1          2. The Clerk of the Court is directed to send petitioner a copy of the application

2    to proceed in forma pauperis by a prisoner used by this district.

3    DATED:  October 25, 2005.

4

5                                                          _____
                                                           UNITED STATES MAGISTRATE JUDGE

6

7

8
     /kf
9    quoc1826.101a

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26