IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOAC QUOC,

    Petitioner,                     No. CIV S-05-1826 LKK KJM P

    vs.

D.L. RUNNELS,

    Respondent.                 <u>ORDER</u>

_____/

Petitioner has requested an extension of time to file objections to the December 15, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 5, 2006 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the filed date of this order in which to file objections to the December 15, 2005 findings and recommendations.

DATED: January 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
quoc1826.111